UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RICHARD CORBETT and BRIAN FISHER, on
behalf of themselves and all others similarly
situated,

              Plaintiffs,

      - against -

BANK OF AMERICA CORP., BANK OF NOVA SCOTIA,
NEW YORK AGENCY, BMO CAPITAL MARKETS CORP.,
BNP PARIBAS SECURITIES CORP., BARCLAYS
CAPITAL INC., CANTOR FITZGERALD & CO.,
CIBC WORLD MARKETS CORP., *et al.*,

              Defendants.
-------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Civil Action No. 15-cv-07735 (PGG)

STATE OF NEW YORK     )
                                ) ss.:
COUNTY OF QUEENS     )

      Amarachukwu Ekeoma, being duly sworn, deposes and says that Deponent is not a party to this action, and is over 18 years of age, and is a resident of the State of New York.

      On October 20, 2015, at approximately 5:27 p.m., at 425 Lexington Avenue, New York, NY 10017, Deponent served the within Summons in a Civil Action, Class Action Complaint (Jury Trial Demanded), Individual Rules of Practice of Judge Paul G. Gardephe in Civil Cases, and Electronic Case Filing Rules & Instructions upon: **CIBC World Markets Corp.**, by delivering to and leaving with Elizabeth Aylett, Senior Counsel, a true and correct copy of said documents.

      At the time of said service, Elizabeth Aylett stated that she is duly authorized to accept service of legal documents on behalf of CIBC World Markets Corp. and acknowledged service by endorsing and dating a copy of the aforementioned Class Action Complaint. Said acknowledgement is attached hereto.

      Elizabeth Aylett is described as a White female, approximately 33-39 years of age, 110-125 lbs., 5'2"-5'4" tall, with dark brown hair.

                                                               _____
                                                                Amarachukwu Ekeoma

Sworn to before me this
___ day of October, 2015

_____
      Notary Public

*Karlene S. Jackson, Notary Public*
*State of New York, #01JA5083169*
*Qualified in Queens County*
*Commission Expires November 17, 2017*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD CORBETT and BRIAN FISHER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORP., BANK OF NOVA SCOTIA, NEW YORK AGENCY, BMO CAPITAL MARKETS CORP., BNP PARIBAS SECURITIES CORP., BARCLAYS CAPITAL INC., CANTOR FITZGERALD & CO., CIBC WORLD MARKETS CORP., CITIGROUP GLOBAL MARKETS INC., COMMERZ MARKETS LLC, CREDIT SUISSE SECURITIES (USA) LLC, DAIWA CAPITAL MARKETS AMERICA INC., DEUTSCHE BANK SECURITIES INC., GOLDMAN, SACHS & CO., HSBC SECURITIES (USA) INC., JEFFERIES LLC, J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MIZUHO SECURITIES USA INC., MORGAN STANLEY & CO. LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, RBS SECURITIES INC., SG AMERICAS SECURITIES, LLC, TD SECURITIES (USA) LLC, UBS SECURITIES LLC, and JOHN DOES 1-50,<br><br>Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>Elizabeth Aylett 10/20/15<br>authorized signatory<br>☑ SERVICE ACKNOWLEDGED<br><br>DATE |